In the Matter of GERARD E. NISTAL, Appellant, against KARL F. HAUSAUER, as Commanding General of the New York National Guard, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present—Peck, P. J., Dore, Breitel and Bergan, JJ. [See *ante,* p. 7.]

CLARA GREENBAUM, Individually and as Administratrix of the Estate of ARTHUR GREENBAUM, Deceased, v. JULIUS L. BAGDAN.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present—Peck, P. J., Glennon, Dore and Bergan, JJ. [See 281 App. Div. 1011.]

SIDNEY GOODMAN, Doing Business as S. GOODMAN Co., et al. v. ARNOLD S. KIRKEBY et al.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present—Peck, P. J., Glennon, Dore and Bergan, JJ. [See *ante,* p. 86.]

THOMAS B. JOHNSON v. CITY OF NEW YORK.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present— Peck, P. J., Glennon, Callahan and Bergan, JJ. [See 281 App. Div. 969.]

TOMPKINS PROPERTIES, INC., et al., v. ANTHONY J. LUNEDI et al.—Motion for reargument denied, with $10 costs. Present—Peck, P. J., Dore, Callahan and Breitel, JJ. [See 281 App. Div. 551.]

ROMAN SILVERSMITHS, INC., Respondent, v. HAMPSHIRE SILVER Co., INC., et al., Appellants, and IRWIN FENTON, Intervener, Appellant.—Motion for reargument denied, with $10 costs. Present—Peck, P. J., Glennon, Dore and Bergan, JJ. [See *ante,* p. 21.]

HANS HARNIK et al., v. SAMUEL R. LEVINE.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present—Peck, P. J., Dore, Cohn and Callahan, JJ. [See 281 App. Div. 878.]

In the Matter of CECIL WOLK, an Attorney.—Application for reinstatement granted. Present—Dore, J. P., Cohn Callahan and Breitel, JJ.

(Republish.)